**FILED**
FEB 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07cr27-WHA |
| ) | [18 USC § 922(g)(1)] |
| CORNEL DURAND MORTEN ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 14th day of January, 2006, in Russell County, Alabama, within the Middle District of Alabama,

CORNEL DURAND MORTEN,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| July 8, 1999 | Circuit Court of Russell County | CC-1998-246 | Distribution of Cocaine, and Possession of Cocaine |
| February 7, 2000 | Circuit Court of Russell County | CC-2000-91 | Possession of Cocaine |
| June 8, 2000 | Circuit Court of Russell Couty | CC-2000-352 | Receiving Stolen Property First Degree |

did knowingly possess in and affecting commerce a firearm, to-wit: an Iberia Firearm, Model JCP, .40 caliber pistol, and twelve rounds of Winchester .40 caliber S&W ammunition. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
VERNE H. SPEIRS
Assistant United States Attorney