IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:07cr27-WHA |
| | ) | |
| CORNELL DURAND MORTEN | ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

 Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Cornell Durand Morten, now in custody of Decatur County CI, Bainbridge, Georgia, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on April 18, 2007, at 10:00 a.m.

 WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Decatur County CI, Bainbridge, Georgia, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m.

 Respectfully submitted this the 28th day of February, 2007.

                Respectfully submitted,

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  3:07cr27-WHA |
| ) | |
| CORNELL DURAND MORTEN ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed February 28, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Decatur County CI, Bainbridge, Georgia, commanding them to deliver Cornell Durand Morten, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on April 18, 2007 at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE