IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO.  3:07cr27-WHA |
| ) | |
| CORNELL DURAND MORTEN    ) | |

O R D E R

Upon consideration of the *Motion for Writ of Habeas Corpus Ad Prosequendum* filed February 28, 2006 (Doc. 4), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Decatur County CI, Bainbridge, Georgia, commanding them to deliver Cornell Durand Morten, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on April 18, 2007 at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this 1st day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE