IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 3:07cr27-WHA |
| | ) | |
| CORNEL DURAND MORTEN | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE Decatur County CI
　　　　　　　　　　AT Bainbridge, Georgia

AND

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

　　We command you, that you have the body of CORNEL DURAND MORTEN, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery on April 18, 2007, at 10:00 a.m., to answer charges pending in said court and for such other proceedings as may appear proper to the court; and therefore, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 1st day of March, 2007.

　　　　　　　　　　　　　　　　　DEBRA P. HACKETT, CLERK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF ALABAMA

　　　　　　　　　　　　　　　　　BY: /s/ Joyce Taylor
　　　　　　　　　　　　　　　　　　　　Deputy Clerk