IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: **3:07cr27-WHA** |
| | ) | |
| **CORNEL DURAND MORTEN** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **CORNEL DURAND MORTEN,** in the above-styled case.

Dated this 5th day of April 2007.

                                                  Respectfully submitted,

                                                  s/Jennifer A. Hart
                                                  **JENNIFER A. HART**
                                                  FEDERAL DEFENDERS
                                                  MIDDLE DISTRICT OF ALABAMA
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, AL 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  jennifer_hart@fd.org
                                                  AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney.

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189