IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07CR0027-WHA |
| | ) | |
| CORNEL DURAND MORTEN | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on April 23, 2007, before the undersigned

Magistrate Judge.  Present at this conference was Jennifer Hart, counsel for the defendant,

and Assistant United States Attorney Tommy B. Hardwick, counsel for the government.

As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for June 4, 2007.   The trial of this case is set for the trial

term commencing on June 4, 2007, before Senior United States District Judge W. Harold

Albritton and is expected to last 1.5 trial days.

2.   There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before May 23, 2007.   Counsel

should not include questions seeking information which is provided in the jury

questionnaire.

4.  All motions in limine shall be filed on or before May 23, 2007.   Motions in

limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5. Proposed jury instructions shall be filed on or before May 23, 2007.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on May 22, 2007. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on June 4, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on June 4, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 23rd day of April, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE