AO 245B  (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: CORNEL DURAND MORTEN
CASE NUMBER: 3:07cr027-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**86 months.** This sentence shall be served **consecutively** to the sentence being served in Case No. SU-06-127, Superior Court of Moscogee County, Georgia.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _3/11/2008_ to _USP Atlanta_

at _1629 pm_ , with a certified copy of this judgment.

_Loren A Grayer_
~~UNITED STATES MARSHAL~~

By _C. Richardson_
~~DEPUTY UNITED STATES MARSHAL~~
Admin Tech